UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO VILLESCAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M.T. DOTSON, et al.,<br><br>　　　　　Defendants. | Case No.: 1:12-cv-02068-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO TAKE PLAINTIFF'S DEPOSITION BY VIDEOCONFERENCE<br><br>[ECF No. 30] |

　　　Plaintiff Alberto Villescas is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On December 17, 2014, Defendants filed a request to take Plaintiff's deposition by way of videoconference.

　　　Good cause having been presented to the Court, IT IS HEREBY ORDERED that Defendants request to take Plaintiff's deposition by way of videoconference.

IT IS SO ORDERED.

Dated:　**December 18, 2014**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1