1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                           **EASTERN DISTRICT OF CALIFORNIA**

10

11 ALBERTO VILLESCAS,                         )   Case No.: 1:12-cv-02068-LJO-SAB (PC)
                                              )
12          Plaintiff,                        )
                                              )   ORDER GRANTING PLAINTIFF'S MOTION TO
13          v.                                )   MODIFY THE SCHEDULING ORDER AND
                                              )   SETTING NEW DISCOVERY AND DISPOSITIVE
14 M.T. DOTSON, et al.,                       )   MOTION DEADLINES
                                              )
15          Defendants.                       )   [ECF No. 35]
                                              )
16 _____          )

17          Plaintiff Alberto Villescas is appearing pro se and in forma pauperis in this civil rights action

18 pursuant to 42 U.S.C. § 1983.

19          On January 29, 2015, Plaintiff filed a motion to extend the discovery and dispositive motion

20 deadline.  On February 2, 2015, Defendants filed a statement of non-opposition.

21          Modification of the pretrial scheduling order requires a showing of good cause.  Fed. R. Civ. P.

22 16(b)(4).  "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the

23 party seeking the extension.'" Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th

24 Cir. 2002) (quoting Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992)).  "If

25 the party seeking the modification 'was not diligent, the inquiry should end' and the motion to modify

26 should not be granted." Id.

27          Pursuant to the Court's previous order granting Plaintiff's request to extend the scheduling

28 order, the deadline for completion of discovery is March 5, 2015.  (ECF No. 29.)   In his present

                                              1

1  request, Plaintiff submits that a further extension of the discovery deadline is necessary because the

2  case involves multiple defendants, defense counsel required an extension of time to respond to

3  Plaintiff's discovery requests, and Plaintiff needs to conduct further discovery after Defendants answer

4  Plaintiff's discovery requests.

5       Defendants do not oppose Plaintiff's present request to further extend the deadline.  Defense

6  counsel indicates that "[t]his is a document-intensive case (as far as pro se prisoner cases go), and after

7  Plaintiff propounded his first set of discovery requests in late-November, he graciously agreed to

8  stipulate to an extension after defense counsel explained that gathering all relevant documents was

9  taking longer than expected.  Recently, Defendants served their responses to Plaintiff's first set of

10  discovery requests."  (ECF NO. 36, Mot. at 1.)

11       On the basis of good cause, the Court HEREBY GRANTS Plaintiff's request to extend the

12  discovery deadline to and including **May 5, 2015**, and the correlating dispositive motion deadline is

13  extended to **July 5, 2015**.  <u>All other provisions of the Court's April 25, 2014, remain in full force and</u>

14  <u>effect</u>.

15

16  IT IS SO ORDERED.

17  Dated:   **February 3, 2015**

18                      UNITED STATES MAGISTRATE JUDGE

2