UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO VILLESCAS,<br><br>    Plaintiff,<br><br>    v.<br><br>M.T. DOTSON, et al.,<br><br>    Defendants. | Case No.: 1:12-cv-02068-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER AND EXTENDING THE DISPOSITIVE MOTION DEADLINE TO **AUGUST 4, 2015**<br><br>[ECF No. 45] |

Plaintiff Alberto Villescas is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 6, 2015, Defendants filed a motion to modify the Court's February 4, 2015, order setting the dispositive motion deadline. (ECF No. 45.)

On February 4, 2015, the Court granted Plaintiff's second request to modify the scheduling order. (ECF No. 37.) In that order, the Court reset the deadline for filing of any dispositive to July 5, 2015-which fell on a weekend resulting in the parties' dispositive motions being due July 6, 2015, the next business day. Fed. R. Civ. P. 6(a).

Defense counsel submits that despite his best efforts, he has been unable to complete preparation of Defendants' motion for summary judgment by the July 6, 2015, deadline. Defense outlines several other pending cases and deadlines which have impacted his ability to prepare and file a motion for summary judgment in this case. Counsel requests until August 4, 2015, to prepare and

file their motion.  Because Defendants have shown good cause to warrant an extension of the dispositive motion deadline, the Court need not await the deadline for Plaintiff to file a response.

Based on a showing of good cause, it is HEREBY ORDERED that Defendants are granted to and including **August 4, 2015**, to file their motion for summary judgment.

IT IS SO ORDERED.

Dated:   **July 7, 2015**

UNITED STATES MAGISTRATE JUDGE