UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO VILLESCAS,<br><br>       Plaintiff,<br><br>   v.<br><br>M.T. DOTSON, et al.,<br><br>       Defendants. | Case No.: 1:12-cv-02068-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' SECOND MOTION TO MODIFY THE SCHEDULING ORDER AND EXTENDING THE DISPOSITIVE MOTION DEADLINE TO **SEPTEMBER 3, 2015**<br><br>[ECF No. 51] |

   Plaintiff Alberto Villescas is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the jurisdiction of the United States Magistrate Judge.  Local Rule 302.

   On August 4, 2015, Defendants filed a second motion to modify the scheduling order and extend the dispositive motion deadline.

   Defense counsel submits that despite his best efforts, he has been unable to complete preparation of Defendants' motion for summary judgment by the August 4, 2015, deadline.  Defense outlines several other pending cases and deadlines which have impacted his ability to prepare and file a motion for summary judgment in this case.  Counsel requests until September 3, 2015, to prepare and file their motion.  Because Defendants have shown good cause to warrant an extension of the dispositive motion deadline, the Court need not await the deadline for Plaintiff to file a response.

1

    Based on a showing of good cause, it is HEREBY ORDERED that Defendants are granted to and including **September 3, 2015**, to file their motion for summary judgment.

IT IS SO ORDERED.

Dated:   **August 5, 2015**

                                            UNITED STATES MAGISTRATE JUDGE