# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO VILLESCAS,<br><br>    Plaintiff,<br><br>v.<br><br>M.T. DOTSON, et al.,<br><br>    Defendants. | Case No.: 1:12-cv-02068-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' THIRD REQUEST TO EXTEND DISPOSITIVE MOTION DEADLINE BY SEVEN DAYS<br><br>[ECF No. 55] |

Plaintiff Alberto Villescas is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 3, 2015, Defendants filed a third request to extend the time to file a dispositive motion and request an extension of seven days. (ECF No. 55.)

Good cause having been presented to the Court, it is HEREBY ORDERED that Defendants are granted to an including September 10, 2015, to file their dispositive motion. <u>No further extensions of time will be granted absent a showing of extraordinary circumstances-not present here</u>.

IT IS SO ORDERED.

Dated: __September 4, 2015__

_____
UNITED STATES MAGISTRATE JUDGE

1