UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO VILLESCAS,<br><br>    Plaintiff,<br><br>    v.<br><br>M.T. DOTSON, et al.,<br><br>    Defendants. | Case No.: 1:12-cv-02068-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD<br><br>[ECF No. 64] |

    Plaintiff Alberto Villescas is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the United States Magistrate Judge.  ECF No. 34; Local Rule 302.

    Plaintiff claims that staff have interfered with his attempt to mail an opposition to Defendants' pending motion for summary judgment and requests the Court take "notice of staff interference with protected conduct …"  (ECF No. 64.)

    Based on the nature and content of his filing, the Court cannot and will not take "notice" of staff interference with his attempt to mail certain documents with the Court because there is not sufficient evidence presented to support such a finding.   Plaintiff is advised that on October 27, 2015, the Court granted his second request for an extension of time to file an opposition and the current deadline is November 26, 2015.  (ECF No. 63.)  Thus, at this juncture, there is no prejudice to Plaintiff based on any of the alleged interference with his mail by prison staff members.

1

1     Accordingly, Plaintiff's motion to supplement the record is DENIED.

3 IT IS SO ORDERED.

4 Dated: **November 5, 2015**

                                         UNITED STATES MAGISTRATE JUDGE