UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO VILLESCAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M.T. DOTSON, et al.,<br><br>　　　　Defendants. | Case No.: 1:12-cv-02068-SAB (PC)<br><br>ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO DEFENDANTS' REQUEST TO MODIFY THE SCHEDULING ORDER<br><br>[ECF No. 65] |

　　　　Plaintiff Alberto Villescas is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the United States Magistrate Judge.  ECF No. 34; Local Rule 302.

　　　　On September 3, 2015, Defendants filed a third motion to modify the scheduling order.  (ECF No. 55.)  The Court granted Defendants' motion on September 4, 2015, and extended the dispositive motion deadline by seven days, i.e. September 10, 2015.  (ECF No. 56.)  In that order, the Court noted that no further extensions of time would be granted, absent a showing of extraordinary circumstances, not present therein.  (Id.)  Defendants filed a motion for summary judgment on September 10, 2015.  (ECF No. 57.)

　　　　On November 4, 2015, Plaintiff filed an opposition to Defendants' third motion to modify the scheduling order.  (ECF No. 65.)  Plaintiff contends that he been prejudiced and will be further prejudiced by an extension of the dispositive motion deadline.  (Id.)

1

Inasmuch as Defendants' presented good cause for a short extension of the dispositive motion deadline and filed a motion for summary judgment by the extended deadline, i.e. September 10, 2015, Plaintiff's objections to Defendants' third motion for an extension of time is OVERRULED.

IT IS SO ORDERED.

Dated:   **November 5, 2015**

UNITED STATES MAGISTRATE JUDGE