UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO VILLESCAS,<br><br>          Plaintiff,<br><br>    v.<br><br>M.T. DOTSON, et al.,<br><br>          Defendants. | Case No.: 1:12-cv-02068-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO STAY AND GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE AN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>[ECF Nos. 68, 71] |

    Plaintiff Alberto Villescas is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the United States Magistrate Judge. ECF No. 34; Local Rule 302.

    On November 23, 2015, Plaintiff filed a motion to stay the proceedings in this case. (ECF No. 68.) On November 25, 2015, Plaintiff filed a third motion for an extension of time to file an opposition to Defendants' pending motion for summary judgment. (ECF No. 71.)

    Plaintiff requests the Court stay all the proceedings in this case because he is currently housed in the infirmary at High Desert State Prison. The Court does not find valid justification to stay all the proceedings in this case based on Plaintiff's housing in the infirmary. Based on the nature and extent of Plaintiff's filings, it appears that an extension of the deadline to file an opposition will sufficiently meet Plaintiff's needs.

///

1   Accordingly, it is HEREBY ORDERED that:

2   1.   Plaintiff's motion to stay all the proceedings is DENIED; and

3   2.   Plaintiff is granted thirty (30) days from the date of service of this order to file an
4        opposition to Defendants' motion for summary judgment.

IT IS SO ORDERED.

Dated:   **November 30, 2015**

UNITED STATES MAGISTRATE JUDGE

2