# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO VILLESCAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M.T. DOTSON, et al.,<br><br>　　　　Defendants. | Case No.: 1:12-cv-02068-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO SUBMIT COPY OF DEPOSITION TRANSCRIPT AS REFERENCED IN NOTICE OF LODGING FILED SEPTEMBER 2, 2015<br><br>[ECF No. 54] |

　　　Plaintiff Alberto Villescas is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the United States Magistrate Judge.  ECF No. 34; Local Rule 302.

　　　On September 2, 2015, Defendants filed a notice of lodging Plaintiff's complete deposition transcripts in paper.  (ECF No. 54.)  However, the Court never received the transcript.  Accordingly, within **five (5)** days from the date of service of this order, Defendants shall submit a complete copy of Plaintiff's deposition transcript.  Local Rule 133(j).

IT IS SO ORDERED.

Dated:   **April 19, 2016**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1