UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO VILLESCAS,<br><br>    Plaintiff,<br><br>    v.<br><br>M.T. DOTSON, et al.,<br><br>    Defendants. | Case No.: 1:12-cv-02068-SAB (PC)<br><br>ORDER SETTING TELEPHONIC CONFERENCE HEARING ON **OCTOBER 17, 2016 AT 3:15 P.M.** |

Plaintiff Alberto Villescas is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the United States Magistrate Judge.  ECF No. 34; Local Rule 302.

On September 19, 2016, the Court granted in part and denied in part Defendants' motion for summary judgment.  (ECF No. 91.)  This action is now proceeding against Defendants Dotson, Hernandez, Tucker, and Madrigal for retaliation in violation of the First Amendment.  The case is ready to be scheduled for jury trial before the undersigned.  In the interest of accommodating the parties' schedules, the Court will hold a telephonic hearing for scheduling purposes.

///

///

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. A telephonic scheduling hearing will be held on Monday, **October 17, 2016 at 3:15 p.m.**, in Courtroom 9 before the undersigned; and

2. Defense Counsel shall contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672, prior to the hearing date, to receive instructions regarding the conference call.

IT IS SO ORDERED.

Dated: **October 6, 2016**

UNITED STATES MAGISTRATE JUDGE