UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO VILLESCAS,<br><br>        Plaintiff,<br><br>    v.<br><br>M.T. DOTSON, et al.,<br><br>        Defendants. | Case No.: 1:12-cv-02068-SAB (PC)<br><br>ORDER SETTING TELEPHONIC HEARING REGARDING DEFENDANTS' REQUEST TO CONTINUE THE TRIAL DATE<br><br>[ECF No. 101] |

      Plaintiff Alberto Villescas is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the United States Magistrate Judge.  ECF No. 34; Local Rule 302.  This case is currently set for jury trial before the undersigned on April 19, 2017.

      On January 6, 2017, Defendants filed a motion to continue the trial date to May 23, 2017.  In the interest of accommodating the parties' schedules, the Court will hold a telephonic hearing to discuss Defendants' request to continue the trial date.

///

///

///

///

///

Accordingly, it is HEREBY ORDERED that:

1. A telephonic scheduling hearing will be held on **Friday, January 20, 2017, at 2:00 p.m.**, in Courtroom 9 before the undersigned; and

2. Defense Counsel shall contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672, prior to the hearing date, to receive instructions regarding the conference call.

IT IS SO ORDERED.

Dated: **January 12, 2017**

UNITED STATES MAGISTRATE JUDGE

2