UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO VILLESCAS,<br><br>             Plaintiff,<br><br>v.<br><br>M.T. DOTSON, et al.,<br><br>             Defendants. | Case No. 1:12-cv-02068-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE ALBERTO VILLESCAS, CDCR # P-16275<br><br>DATE: March 9, 2017<br>TIME:  1:30 p.m.<br>COURTROOM: 4 (CMJ) |

**Inmate Alberto Villescas**, **CDCR #P-16275**, a necessary and material witness on his own behalf in proceedings in a settlement conference on March 9, 2017, is confined at California Medical Facility (CMF), 1600 California Drive, Vacaville, CA 95696, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before United States Magistrate Judge Craig M. Kellison at the United States District Court, Courtroom #4, 501 I Street, Sacramento, California 95814, on March 9, 2017 at 1:30 p.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of CMF, 1600 California Drive, Vacaville, California 95696:**

**WE COMMAND** you to produce the inmate named above, along with his legal property, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **February 9, 2017**                                    _____
                                                                                     UNITED STATES MAGISTRATE JUDGE

