# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERTO VILLESCAS, | ) | Case No.: 1:12-cv-02068-SAB (PC) |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER DIRECTING CLERK OF COURT TO CLOSE ACTION |
| M.T. DOTSON, et al., | ) ) | [Docs. 112 & 114] |
| Defendants. | ) ) ) ) | |

Plaintiff Alberto Villescas is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the United States Magistrate Judge.  ECF No. 34; Local Rule 302.

On March 10, 2017 and March 13, 2017, the parties filed stipulations to dismiss the action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  In light of the stipulations of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorney's fees.

IT IS SO ORDERED.

Dated:   **March 13, 2017**

UNITED STATES MAGISTRATE JUDGE

1