# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO VILLESCAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M.T. DOTSON, et al.,<br><br>　　　　　Defendants. | Case No.: 1:12-cv-02068-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO CONTINUE TRIAL AND SCHEDULED DEADLINES AS MOOT<br><br>[ECF No. 116] |

On March 20, 2017, Plaintiff filed a motion to continue the trial and scheduled deadlines. Plaintiff's motion is self-dated as of March 9, 2017.

On March 14, 2017, this action was closed pursuant to the parties submission of a stipulation for voluntary dismissal, with prejudice, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, Plaintiff's motion to continue the trial and applicable deadlines filed prior to the stipulation of voluntary dismissal is denied as moot.

IT IS SO ORDERED.

Dated: **March 21, 2017**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE